UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACOB R. NIEVES,

        Plaintiff,

v.

        CASE NO.: 8:21-cv-01837-VMC-JSS

PREFERRED COLLECTION &
MANAGEMENT SERVICES, INC.,

        Defendant.
_____/

**JOINT NOTICE OF MEDIATION**

Pursuant to the Court's August 11, 2021 Order, Plaintiff, James R. Nieves and Defendant, Preferred Collection & Management Services, Inc. hereby provide notice to the Court that a mediation conference before **Gregory P. Holder** has been scheduled in the above-captioned matter for **December 2, 2021 at 12:30pm EST.**

Dated: October 19, 2021

Respectfully submitted,

/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

/s/ Robert A Vigh (w/ consent)
ROBERT A. VIGH
FBN: 0991902
SOLOMON, VIGH &
SPRINGER, P.A.
P.O. BOX 3275
TAMPA, FL 33601-3275
(813) 229-0115
Rvigh@svslawfirmn.com (primary)
Robvigh@gmail.com (secondary)
*Counsel for Defendant*

1