# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JACOB R. NIEVES,
individually, and on behalf of all
others similarly situated

                Plaintiff,

v.                                          Case No. 8:21-cv-01837-VMC-JSS

PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,

                Defendant.

_____

## AGREED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES** JACOB R. NIEVES ("Plaintiff"), by and through his undersigned counsel, moving this Honorable Court to extend the time for Plaintiff to file his response to Defendant PREFERRED COLLECTION AND MANAGEMENT SERVICES, INC.'S ("Defendant") Motion to Dismiss, and in support thereof, stating as follows:

    1.    On July 30, 2021, Plaintiff filed the instant class action against Defendant seeking redress for violations of the Telephone Consumer Protection Act ("TCPA"), Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the

1

Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.55 *et seq.* [Dkt. 1]

2. On October 5, 2021, Defendant filed a Motion to Dismiss Plaintiff's claims in their entirety ("Defendant's Motion"). [Dkt. 6]

3. Pursuant to Local Rule 3.01(c), Plaintiff's response to Defendant's Motion is due on or before October 26, 2021.

4. Due to other professional deadlines, Plaintiff is seeking a 21-day extension, through November 16, 2021, to submit his response to Defendant's Motion.

5. Counsel for Plaintiff conferred with Defendant's counsel about the relief sought herein, and Defendant has no objection.

6. The extension of time is sought in good faith and is not sought for any improper purpose and will not prejudice any party in the litigation.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending the deadline for Plaintiff to submit his response to Defendant's Motion to Dismiss through November 16, 2021 and for any other relief this Court deems appropriate.

Dated: October 26, 2021

Respectfully submitted,

*/s/ Alexander James Taylor*
Alexander James Taylor, Esq.,
*Of Counsel*
Florida Bar No. 1013947
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com

## Local Rule 3.01(g) Certification

On October 26, 2021, I conferenced with Defendant's counsel by e-mail regarding relief sought herein. Defendant is unopposed to this Motion.

## CERTIFICATE OF SERVICE

I, Alexander J. Taylor, certify that on October 26, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Alexander J. Taylor*