## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JACOB R. NIEVES,
individually, and on behalf of all
others similarly situated

                Plaintiff,

v.                                              Case No. 8:21-cv-01837-VMC-JSS

PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,

                Defendant.

_____

## MOTION TO RESCHEDULE MEDIATION AND EXTEND MEDIATION DEADLINE

**NOW COMES** JACOB R. NIEVES ("Plaintiff"), by and through his undersigned counsel, moving this Honorable Court for an order authorizing the Parties to reschedule the mediation and extending the mediation deadline, and in support thereof, stating as follows:

1. On July 30, 2021, Plaintiff filed the instant class action against Defendant seeking redress for violations of the Telephone Consumer Protection Act ("TCPA"), Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.55 *et seq.* [Dkt. 1]

1

2. On July 11, 2021, the Court entered an order requiring the Parties to mediate by December 6, 2021. [Dkt. 5]

3. On October 19, 2021, the Parties filed a Notice of Mediation for a mediation scheduled for December 2, 2021. [Dkt. 8]

4. On October 20, 2021, the Court entered an order appointing Gregory P. Holder as the mediator. The order further required that the mediation be held in-person and expressly prohibited a mediation by telephone or video conference. [Dkt. 9]

5. On November 22, 2021, Plaintiff's co-counsel Mohammed O. Badwan (PHV forthcoming) tested positive for COVID-19.[1] Due to the positive test and the requisite quarantine period, Mr. Badwan cannot appear in-person for the mediation on December 2, 2021.

6. On November 26, 2021, Mr. Badwan notified Defendant's counsel of his COVID-19 diagnosis and requested that the Parties reschedule the mediation. Defendant's counsel quickly notified Mr. Badwan that Defendant does not oppose the rescheduling of the mediation and an extension of the mediation deadline.

7. The Parties have agreed to hold the mediation on January 12, 2022 should the Court grant the instant motion.[2]

---

[1] When this case was filed, lead counsel was Alexander J. Taylor. Mr. Taylor has taken a new role as "of-counsel" to Sulaiman Law Group, Ltd. and the vast majority of the tasks for this case have been assigned to Mr. Badwan. Mr. Badwan will be filing his Pro Hac Vice in very short order.

[2] The January 12, 2022 date is available according to Gregory P. Holder's website.

8. Based on the foregoing, the Parties request that the Court enter an order authorizing the Parties to reschedule the December 2, 2021 mediation and extending the mediation deadline 45 days, through January 20, 2022.

9. Importantly, the Parties are in settlement discussions and may reach a settlement in short order.

10. Based on the foregoing, there is good cause to grant the relief sought herein.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order (1) authorizing the Parties to reschedule the December 2, 2021 mediation, and (2) extending the deadline to mediate to January 20, 2022.

## Local Rule 3.01(g) Certification

Plaintiff's counsel conferred with Defendant's counsel regarding the relief sought herein and Defendant has no objection to the requested relief.

Dated: November 29, 2021

Respectfully submitted,

*/s/ Alexander James Taylor*
Alexander James Taylor, Esq.,
*Of Counsel*
Florida Bar No. 1013947
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, Alexander J. Taylor, certify that on November 29, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

<u>/s/ Alexander J. Taylor</u>