UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-01837-VMC-JSS

JACOB R. NIEVES, individually, and on
behalf of all others similarly situated,

    Plaintiff,
 v.

PREFERRED COLLECTION &
MANAGEMENT SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JACOB R. NIEVES ("Plaintiff") and PREFERRED COLLECTION & MANAGEMENT SERVICES, INC. ("Defendant"), hereby notify the Court that the parties have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 45 days.

DATED: December 27, 2021    Respectfully submitted,

               */s/ Alexander J. Taylor*

               Alexander J. Taylor, Esq.

1

Florida Bar No. 1013947<br>
Sulaiman Law Group, Ltd.<br>
2500 S. Highland Ave, Suite 200<br>
Lombard, IL 60148<br>
Telephone: (630) 575-8181<br>
Facsimile: (630) 575-8188<br>
ataylor@sulaimanlaw.com<br>
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Alexander J. Taylor, certify that on December 27, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Alexander J. Taylor*